KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>TERRY L. STORY,<br><br>    Defendant. | No.  CR 06-16 MHP<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 23, 2006 TO FEBRUARY 27, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Honorable Marilyn Hall Patel on January 23, 2006 and February 13, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from January 23, 2006 to February 27, 2006.  The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the recent production of discovery, the possibility that more discovery will be provided in the near future, and the expected filing of a motion to suppress on February 27, 2006.

STIPULATION AND ORDER
CR 06-16 MHP

1  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 23, 2006 to February 27, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 23, 2006 to February 27, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a motion hearing date on April 3, 2006, at 11:00 a.m., which may be vacated and rescheduled for April 6, 2006 at 9:00 a.m. if the Court determines that an evidentiary hearing is required.

IT IS SO STIPULATED.

DATED: ___2/14/06_____          _____/S/_____
                                      TRACIE L. BROWN
                                      Assistant United States Attorney


DATED: _____           _____/S/_____
                                      ELIZABETH FALK
                                      Attorney for TERRY L. STORY

IT IS SO ORDERED.

DATED: February 22, 2006



THE HON. MARILYN H. PATEL
IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND ORDER
CR 06-16 MHP                                2