BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant STORY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00016-MHP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER CONTINUING CHANGE |
| vs. | ) | OF PLEA HEARING |
| | ) | |
| TERRY STORY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The undersigned parties stipulate as follows:

1.    Defense counsel requests a continuance of the change of plea hearing date of May 8, 2006, due to the fact that defense counsel has a family emergency and had to leave immediately to go out of state;

2.    The government has no objection to the request for continuance;

3.    The parties jointly propose the date of May 22, 2006 for the Court's consideration.

**IT IS SO STIPULATED**

Dated: May 8, 2006                            /S/
                                                    ELIZABETH M. FALK
                                                    Assistant Federal Public Defender

Stipulation and Proposed Order                1

1

2   Dated: May 8, 2006                              _____/S/_____
                                                    TRACIE L. BROWN
3                                                   Assistant United States Attorney

4

5   I hereby attest that I have on file all holograph signatures for any signature indicated by a

6   "conformed" signature (/S/) within this e-filed document.

7

8                                              **ORDER**

9        For the reason stated by counsel, the hearing date in aforementioned matter of

10  May 8, 2006 at 11:00 a.m. is hereby continued to May 22, 2006 at 11:00 a.m.

11

12  Dated: May 9, 2006                              _____
                                                    THE HONORABLE MARILYN HALL PATEL
13                                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and Proposed Order                    2