1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 06-16 MHP
                                    )
14     Plaintiff,                   )   [PROPOSED] ORDER AND STIPULATION
                                    )   CONTINUING  SENTENCING  FROM
15     v.                           )   SEPTEMBER 5, 2006 TO OCTOBER 2,
                                    )   2006
16 TERRY L. STORY,                  )
                                    )
17     Defendant.                   )
                                    )
18

19        The Defendant is currently set to be sentenced on Tuesday, September 5, 2006 at 9:00

20 a.m. For the following reasons, the parties jointly request that the sentencing be continued to

21 October 2, 2006 at 9:00 a.m. According to the Court's Courtroom Deputy, that date is currently

22 available.

23        1. Counsel for the government is not available on the morning of September 5, 2006, due

24 to childcare issues.

25        2. Counsel for the defendant has been out of the country on other cases for approximately

26 the past four weeks, and needs additional time to prepare for the sentencing.

27        3. Accordingly, the parties stipulate and request that the Court vacate the sentencing

28 currently scheduled for September 5, 2006 and reschedule it for October 2, 2006 at 9:00 a.m.

   STIPULATION AND ORDER
   CR 06-16 MHP

IT IS SO STIPULATED.

DATED: August 9, 2006

/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: August 14, 2006

/S/
ELIZABETH FALK
Attorney for TERRY L. STORY

IT IS SO ORDERED. The parties shall appear for the defendant's sentencing on October 2, 2006.

DATED: 8/15/06

THE HON. MARILYN HALL PATEL
United States District Judge

STIPULATION AND ORDER
CR 06-16 MHP                    2