BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant STORY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>TERRY STORY,<br><br>　　　Defendant. | No. CR 06-0016 MHP<br><br>**MOTION TO CONTINUE SENTENCING;** ~~PROPOSED~~ **ORDER**<br><br>Hearing Date: October 2, 2006 at 9:00 a.m.<br><br>The Honorable Marilyn Hall Patel |

The parties stipulate to the following:

1. Sentencing in the aforementioned matter has been scheduled for October 2, 2006, at 9:00 a.m.;

2. Testifying psychiatrist Pablo Stewart is unavailable to come to court on October 2, 2006, and his earliest available date is November 6, 2006;

3. The government has no objection to continuing the sentencing until November 6, 2006;

4. Mr. Story is out of custody, and thus will not be prejudiced by a delay in the hearing;

5. Counsel for Mr. Story, Elizabeth Falk, has contacted United States Probation Officer Cheryl Simone, and she has no objection to continuing the sentencing in

*United States v. Story*, CR-06-0016 MHP - Stip

this matter to November 6, 2006;

6. As such, counsel jointly requests that the sentencing in this matter be continued to November 6, 2006, at 9:00 a.m.

**IT IS SO STIPULATED.**

_____
TRACIE L. BROWN
Assistant United States Attorney

9-25-06

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

### ~~[PROPOSED]~~ ORDER

For good cause shown, the sentencing in the aforementioned matter is continued to November 6, 2006, at 9:00 a.m.

IT IS SO ORDERED

9/27/2006



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel